IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| Paul Skelton, | : |
| Plaintiff, | : |
| v. | : Civil Action No.:  5:12-cv-05210-JLH |
| Main Street Acquisition Corp.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: December 19, 2012

        Respectfully submitted,

        PLAINTIFF, Paul Skelton

        */s/ Sergei Lemberg*

        Sergei Lemberg, Esq.
        **LEMBERG & ASSOCIATES L.L.C.**
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424
        slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on December 19, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Western District of Arkansas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By */s/ Sergei Lemberg*
                                             Sergei Lemberg, Esq.