UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| Paul Skelton, | : |
| | : |
| Plaintiff, | : Civil Action No.: 5:12-cv-05210-JLH |
| v. | : |
| Main Street Acquisition Corp.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

   Paul Skelton ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 8, 2013

                                                                Respectfully submitted,

                                                                By: */s/ Sergei Lemberg*

                                                                Sergei Lemberg, Esq.
                                                                Lemberg & Associates L.L.C.
                                                                1100 Summer Street, 3rd Floor
                                                                Stamford, CT 06905
                                                                Telephone: (203) 653-2250
                                                                Facsimile:  (203) 653-3424
                                                                Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 8, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of Arkansas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By  */s/ Sergei Lemberg*

              Sergei Lemberg, Esq.